AO 442 (Rev. 01/09) Arrest Warrant

FILED by _____ D.C.

MAY 29 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – W.P.B.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| MICHAEL JOSEPH CLARK, a/k/a "Punkmeat" | ) Case No. 18-80062-cr-Middlebrooks(s)(s) |
| Defendant. | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL JOSEPH CLARK, a/k/a "Punkmeat",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit Sex Trafficking of a Minor and Sex Trafficking of a Minor, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c), and 1594(c).

Date: 5-27-2018

_____
*Issuing officer's signature*

City and state: West Palm Beach, FL

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*